UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLORIA STURZENACKER, : | |
|     Plaintiff, : | |
| : | |
| v. : | No. 5:17-CV-00113-JFL |
| : | |
| CMC RESTORATION, INC.; : | |
| CHRISTOPHER & BRUMMETT, INC; : | |
| DAVID KELLEY, : | |
|     Defendants. : | |

# **O R D E R**

**NOW**, this 27th day of June, 2017, for the reasons set forth in the opinion issued this date,

**IT IS HEREBY ORDERED THAT**:

    1.    The motion of CMC and Kelley to file a reply brief, ECF No. 6, is **GRANTED**;

    2.    The Clerk of Court is **DIRECTED** to docket the Reply Memorandum attached to the motion, ECF No. 6, as having been filed on April 5, 2017;[1]

    3.    The Motion to Dismiss, ECF No. 4, is **GRANTED in part and DENIED in part** as follows:

        A.    Counts II and IV against CMC and Kelley, only, are **DISMISSED without prejudice**;

        B.    Defendant Kelley is **TERMINATED, without prejudice,** as a party in this action;

        C.    Srurzenacker may file an amended complaint in accordance with this Court's opinion and order;

---

[1] This Court considered the Reply brief when deciding the Motion to Dismiss.

4. **On or before July 14, 2017**, the parties[2] **SHALL** file briefs discussing whether or not this Court should exercise supplemental jurisdiction and specifically addressing the applicability of 28 U.S.C. § 1367(c)(2);

5. The deadline for Sturzenacker to file an amended complaint is stayed until twenty days after this Court issues a decision on whether or not it will exercise supplemental jurisdiction.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[2] To the extent that Sturzenacker may file an amended complaint reasserting claims against Kelley, counsel are advised that the brief may contain arguments regarding the dismissed claims against Kelley.