UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

GLORIA STURZENACKER, :
              Plaintiff, :
               :
      v. : No. 5:17-CV-00113-JFL
               :
CMC RESTORATION, INC.; :
CHRISTOPHER & BRUMMETT, INC; and :
DAVID KELLEY, :
              Defendants. :

**O R D E R**

**AND NOW**, this 27th day of July, 2017, for the reasons set forth in the Opinion issued this date above, **IT IS HEREBY ORDERED THAT**:

    1.    This Court declines to exercise supplemental jurisdiction over Counts II, III, IV, V, and VI pursuant to 28 U.S.C. § 1367(c)(2).

    2.    Counts II, III, IV, V, and VI are **SEVERED** from the Complaint,[1] and **DISMISSED without prejudice** to an action to be filed in state court.[2]

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] See Fed. R. Civ. P. 21 ("The court may also sever any claim against a party.").

[2] "The period of limitations for any claim asserted under subsection (a) . . . shall be tolled while the claim is pending and for a period of 30 days after it is dismissed unless State law provides for a longer tolling period." 28 U.S.C. § 1367(d).

1