UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA STURZENACKER, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:17-cv-00113 |
| | : | |
| CHRISTOPHER & BRUMMETT, INC., | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 30th day of April, 2019, upon consideration of Plaintiff's Notice of

Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i), ECF No. 34, **IT IS HEREBY ORDERED**

**THAT:**

1.      The action is **DISMISSED without prejudice**; and

2.      The case is **CLOSED**.


                                        BY THE COURT:


                                        */s/ Joseph F. Leeson, Jr.*_____
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge